IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ENES OKSUZ,
A 221-350-080 PETITIONER

VS. CIVIL ACTION NO. 5:26-CV-241-DCB-BWR

RAFAEL VERGARA, Warden of
Immigration Detention
(Adams County
Correctional Center) RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [ECF No. 11] of the United States Magistrate Judge entered herein on September 21, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report and Recommendation, Judge Rath recommended denial of Oksuz's Petition [ECF No. 1]. Petitioner, a native and citizen of the Republic of Turkiye, who is proceeding pro se, has failed to file objections to the Report and Recommendation by his deadline of October 5, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made.”). Where there are no objections, the Court applies the “clearly erroneous, abuse of discretion and contrary to law” standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Oksuz’s petition, the related filings, and the record in this matter. The Court observes that Oksuz was detained by U.S. Border Patrol at or near the United States-Mexico border on November 25, 2024, and processed for expedited removal. An Immigration Judge subsequently denied his application for asylum and ordered him removed to the Republic of Turkiye on August 27, 2025. Oksuz appealed that decision on September 25, 2025, and that appeal remains pending. During his ongoing removal proceedings, Oksuz has been detained by U.S. Immigration and Customs Enforcement. Having considered the Report and Recommendation of Judge Rath, the Court adopts his findings and conclusions in full as the opinion of this Court. As Judge Rath found, Oksuz’s detention while his removal proceedings are ongoing is mandated by 8 U.S.C. § 1225(b)(1) and does not violate the Due Process Clause of the Fifth Amendment.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Accordingly, Oksuz’s Petition [ECF No. 1] is hereby denied and

dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 16th day of October, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE